**No. 10-8778. Carlos Gerardo Caballero-Cervantes, aka Carlos Caballero, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1829.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 849.

**No. 10-8779. Tommy Lynn Johnson, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1810.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 964.

**No. 10-8781. Donnell Edward Callaham, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1855.

February 28, 2011. Petition for a writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 775.

**No. 10-8782. Juan Carlos Moreno-Robles, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1869.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 913.

**No. 10-8786. Sergio Santamaria, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1590, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1801.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8790. Martin Alvarado-Zapata, Petitioner v. United States.**

562 U.S. 1264, 131 S. Ct. 1591, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1724.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 835.